UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2690 JMR/RLE

UNITED STATES OF AMERICA, Plaintiff,

v.

ROBERT M. CHASE, Defendant.

**ORDER**

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Lonnie F. Bryan, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment in the principal sum of $2,710.19, plus interest to July 7, 2000, in the amount of $1,746.85, plus additional prejudgment interest from July 7, 2000, at the rate of eight percent (8%) per annum, cost of service in the amount of $322.98 pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00, together with postjudgment interest, costs and disbursements as allowed by law, be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 27, 2001

United States District Court

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUL 31 2001
DEPUTY CLERK'S INITIALS ______